MELVIN L. FELTON (SBN 276047)
mfelton@sandersroberts.com
RICARDO REYES (SBN 329957)
rreyes@sandersroberts.com
**SANDERS ROBERTS LLP**
1055 W. 7th Street, Suite 3200
Los Angeles, CA 90017
Telephone: 213-426-5000
Facsimile: 213-234-4581

Attorneys for Defendant
WAYFAIR, LLC

UNITES STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| MAYRA INIGUEZ, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>WAYFAIR, LLC, a Corporation and DOES 1-25, inclusive,<br><br>Defendants. | Case No.: 5:21-cv-00880<br><br>**DECLARATION OF MELVEEN STEVENSON IN SUPPORT OF DEFENDANT WAYFAIR, LLC'S NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §§ 1441 AND 1446**<br><br>Trial Date: None<br>State Court Complaint Filed: March 15, 2021<br><br>[Riverside County Superior Court Case No. CVRI2101374] |

- 1 -
DECLARATION OF MELVEEN STEVENSON IN SUPPORT OF DEFENDANT WAYFAIR, LLC'S NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §§ 1441 AND 1446

# DECLARATION OF MELVEEN STEVENSON

I, Melveen Stevenson, do hereby declare and state as follows:

1. I have personal knowledge of the following facts, and if called to testify, I could and would testify competently thereto. I make this declaration in support of Defendant Wayfair, LLC's ("Wayfair") Notice of Removal of Action Pursuant to 28 U.S.C. §§ 1441 and 1446.

## My Employment With Wayfair As Senior Regional Talent Manager

2. I am employed by Wayfair, LLC as Senior Regional Talent Manager. I have been employed with Wayfair since December 7, 2020, performing various job duties, including managing human resources activities. In my current position as Senior Regional Talent Manager, I am readily familiar with Wayfair's human resources operations conducted in California, particularly Perris, California the facility in which Plaintiff Mayra Iniguez was placed and performed work for Wayfair. As a Senior Regional Talent Manager, I have access to employment records for current and former employees maintained in the ordinary course of business, including personnel files, compensation records, health and welfare benefits, and requests for accommodations, including those of Mayra Iniguez.



3. As Senior Regional Talent Manager, I am also readily familiar with the location of Wayfair's business operations. I have access to records and reports related to Wayfair's day-to-day business operations and business structure.

## Plaintiff's Employment With Wayfair

4. In preparing this declaration, I reviewed Plaintiff Mayra Iniguez's employment records, including her personnel file and documents reflecting her compensation, which were prepared and have been maintained by Wayfair in the regular and ordinary course of business.

5. Based upon my review of her personnel records, Mrs. Iniguez's last known address on file with Wayfair is located in 26866 Round Up St., Winchester, California 92596, Riverside County. Mrs. Iniguez was employed by Wayfair from

DECLARATION OF MELVEEN STEVENSON IN SUPPORT OF DEFENDANT WAYFAIR, LLC'S NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §§ 1441 AND 1446

approximately September 30, 2019 until August 24, 2020. During the entirety of her employment with Wayfair, I am informed and believed Mrs. Iniguez lived, worked, and was physically present and working in California.

6. Mrs. Iniguez separated employment with Wayfair on August 24, 2020, at which time she earned an hourly rate of $16.00.

## **Wayfair's Business Structure**

7. In preparing this declaration, I reviewed Wayfair's business filings and conducted a business entity search through the State of Delaware, Division of Corporations and the Secretary of the Commonwealth of Massachusetts, Corporate Division, respectively.

8. Wayfair is limited liability company, which was formed in Delaware. A true and correct copy of Wayfair's Entity Details from the Department of State of Delaware, Division of Corporations, is attached hereto as **Exhibit A**. A true and correct copy of Wayfair's September 2, 2011 Certificate of Amendment of a Foreign Limited Liability Company filed with the Secretary of the Commonwealth of Massachusetts, reflecting Delaware as the jurisdiction of Wayfair's business organization, is attached hereto as **Exhibit B**.

9. Wayfair's sole member is SK Retail, Inc. ("SK Retail"). SK Retail is and, ever since this action commenced, has been incorporated in the State of Massachusetts. A true and correct copy of SK Retail's 2020 Annual Report filed with the State of Massachusetts is attached hereto as **Exhibit C**.

10. SK Retail's principal place of business is in Boston, Massachusetts, Suffolk County. SK Retail's headquarters and executive offices, where its high-level officers direct, control and coordinate its activities. Many of SK Retail's executive and administrative functions, including corporate financing and accounting, are directed from Boston, Massachusetts. Nearly all of the corporate decisions of SK Retail, including operational, executive, administrative and policymaking decisions are made from its Boston, Massachusetts headquarters.

DECLARATION OF MELVEEN STEVENSON IN SUPPORT OF DEFENDANT WAYFAIR, LLC'S NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §§ 1441 AND 1446

SK Retail's management and administrative functions are located in Boston, Massachusetts, including human resources, finance and accounting, treasury, legal, payroll, and safety.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 20 day of May, 2021, at Los Angeles, CA.

_____
MELVEEN STEVENSON

DECLARATION OF MELVEEN STEVENSON IN SUPPORT OF DEFENDANT WAYFAIR, LLC'S NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §§ 1441 AND 1446

# EXHIBIT A

Delaware.gov | Governor | General Assembly | Courts | Elected Officials | State Agencies

**Department of State: Division of Corporations**

Allowable Characters

**HOME**

### Entity Details

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| | | | |
|---|---|---|---|
| File Number: | 4512411 | Incorporation Date / Formation Date: | 3/14/2008 (mm/dd/yyyy) |
| Entity Name: | WAYFAIR LLC | | |
| Entity Kind: | Limited Liability Company | Entity Type: | General |
| Residency: | Domestic | State: | DELAWARE |

**REGISTERED AGENT INFORMATION**

| | | | |
|---|---|---|---|
| Name: | INCORPORATING SERVICES, LTD. | | |
| Address: | 3500 S DUPONT HWY | | |
| City: | DOVER | County: | Kent |
| State: | DE | Postal Code: | 19901 |
| Phone: | 302-531-0855 | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like  ⦿ Status   ○ Status,Tax & History Information

[Submit]

[View Search Results]   [New Entity Search]

For help on a particular field click on the Field Tag to take you to the help area.

site map | privacy | about this site | contact us | translate | delaware.gov

# EXHIBIT B

MA SOC   Filing Number: 201152934290   Date: 9/2/2011 5:07:00 PM
09-02-'11 16:56   FROM-Bay State Corp Svcs   6177428484   T-043   P002/005   F-162

# CERTIFICATE OF AMENDMENT
## OF A FOREIGN LIMITED LIABILITY COMPANY

1. The Federal Employer Identification Number is: 26-2188108.

2. The name of the foreign limited liability company (the "LLC") is: CSN Stores LLC.

3. The LLC's state of formation is: Delaware.

4. The date the LLC's Application for Registration was filed with the Massachusetts Secretary of the Commonwealth is: March 17, 2008.

5. The name and business address, if different from the LLC's principal office location, of each manager is:

   Niraj Shah
   Steven Conine

6. The name of each person authorized to execute, acknowledge, deliver and record any recordable instrument purporting to affect an interest in real property whether to be filed with the registry of deeds or a district office of the land court, if any, and business address, if different from its principal location.

   Niraj Shah
   Steven Conine

7. The amendment to the LLC's Application for Registration is as follows:

   "2. The name of the foreign limited liability company (the "LLC") is: Wayfair LLC."

   "6. The name and business address of each manager is: "

   Neeraj Agrawal, 177 Huntington Avenue, Suite 6000, Boston, MA 02115
   Steven Conine, 177 Huntington Avenue, Suite 6000, Boston, MA 02115
   Alex Finkelstein, 177 Huntington Avenue, Suite 6000, Boston, MA 02115
   Michael Kumin, 177 Huntington Avenue, Suite 6000, Boston, MA 02115
   Ian Lane, 177 Huntington Avenue, Suite 6000, Boston, MA 02115
   Niraj Shah, 177 Huntington Avenue, Suite 6000, Boston, MA 02115."

   "10. The name of each person authorized to execute, acknowledge, deliver and record any recordable instrument purporting to affect an interest in real property whether to be filed with the registry of deeds or a district office of the land court, if any, and business address, if different from its principal location is:

   Neeraj Agrawal, 177 Huntington Avenue, Suite 6000, Boston, MA 02115
   Steven Conine, 177 Huntington Avenue, Suite 6000, Boston, MA 02115

EAST\46740608.2

09-02-'11 16:56   FROM-Bay State Corp Svcs    6177428484              T-043  P003/005 F-162

Alex Finkelstein, 177 Huntington Avenue, Suite 6000, Boston, MA 02115
Michael Kumin, 177 Huntington Avenue, Suite 6000, Boston, MA 02115
Ian Lane, 177 Huntington Avenue, Suite 6000, Boston, MA 02115
Niraj Shah, 177 Huntington Avenue, Suite 6000, Boston, MA 02115."

(Signature page follows)

09-02-'11 16:56   FROM-Bay State Corp Svcs    6177428484              T-043  P003/005 F-162

EAST\46740608.2

09-02-'11 16:56   FROM-Bay State Corp Svcs     6177428484                T-043  P004/005 F-162

IN WITNESS WHEREOF, the undersigned has executed this Application for Foreign Registration of CSN Stores LLC, as of this 2nd day of September, 2011.

CSN STORES LLC

By: _____
Name: Niraj Shah
Title: Manager

EAST\46740608.1

09-02-'11 16:56  FROM-Bay State Corp Svcs   6177428484                T-043  P005/005 F-162

# Delaware

PAGE 1

## The First State

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THAT THE SAID "CSN STORES LLC", FILED A CERTIFICATE OF AMENDMENT, CHANGING ITS NAME TO "WAYFAIR LLC", THE FIRST DAY OF SEPTEMBER, A.D. 2011, AT 8 O'CLOCK A.M.

AND I DO HEREBY FURTHER CERTIFY THAT THE AFORESAID LIMITED LIABILITY COMPANY IS DULY FORMED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL EXISTENCE NOT HAVING BEEN CANCELLED OR DISSOLVED SO FAR AS THE RECORDS OF THIS OFFICE SHOW AND IS DULY AUTHORIZED TO TRANSACT BUSINESS.

4512411   8320

110974253

You may verify this certificate online
at corp.delaware.gov/authver.shtml

Jeffrey W. Bullock, Secretary of State

AUTHENTICATION: 9006001

DATE: 09-01-11

MA SOC   Filing Number: 201152934290   Date: 9/2/2011 5:07:00 PM

THE COMMONWEALTH OF MASSACHUSETTS

I hereby certify that, upon examination of this document, duly submitted to me, it appears that the provisions of the General Laws relative to corporations have been complied with, and I hereby approve said articles; and the filing fee having been paid, said articles are deemed to have been filed with me on:

September 02, 2011 05:07 PM

*[signature]*

WILLIAM FRANCIS GALVIN

*Secretary of the Commonwealth*

# EXHIBIT C

MA SOC   Filing Number: 201270359610   Date: 2/16/2012 1:32:00 AM



# The Commonwealth of Massachusetts
## William Francis Galvin

Secretary of the Commonwealth, Corporations Division
One Ashburton Place, 17th floor
Boston, MA 02108-1512
Telephone: (617) 727-9640

Minimum Fee: $100.00

## Annual Report
(General Laws, Chapter 156D, Section 16.22; 950 CMR 113.57)

**Federal Employer Identification Number:** 043671804 *(must be 9 digits)*

**1. Exact name of the corporation:** SK RETAIL, INC.

**2. Jurisdiction of Incorporation:** State: MA   Country:

**3,4. Street address of the corporation registered office in the commonwealth and the name of the registered agent at that office:**
Name: NIRAJ SHAH
No. and Street: 177 HUNTINGTON AVENUE SUITE 6000
City or Town: BOSTON   State: MA   Zip: 02115   Country: USA

**5. Street address of the corporation's principal office:**
No. and Street: 177 HUNTINGTON AVENUE SUITE 6000
City or Town: BOSTON   State: MA   Zip: 02115   Country: USA

**6. Provide the name and addresses of the corporation's board of directors and its president, treasurer, secretary, and if different, its chief executive officer and chief financial officer.**

| Title | Individual Name<br>First, Middle, Last, Suffix | Address (no PO Box)<br>Address, City or Town, State, Zip Code |
|---|---|---|
| PRESIDENT | NIRAJ SHAH | 161 WEST NEWTON ST<br>BOSTON, MA 02118 USA |
| TREASURER | STEVEN CONINE | 37 BRADDOCK PARK<br>BOSTON, MA 02116 USA |
| SECRETARY | MICHAEL K BARRON | C/O DLA PIPER US LLP 33 ARCH STREET 26TH FLOOR<br>BOSTON, MA 02446 USA |
| VICE PRESIDENT | STEVEN CONINE | 37 BRADDOCK PARK<br>BOSTON, MA 02116 USA |
| DIRECTOR | NIRAJ SHAH | 161 WEST NEWTON ST<br>BOSTON, MA 02118 USA |
| DIRECTOR | STEVEN CONINE | 37 BRADDOCK PARK<br>BOSTON, MA 02116 USA |

**7. Briefly describe the business of the corporation:**

RETAIL SALES OF FURNITURE AND OTHER PRODUCTS

**8. Capital stock of each class and series:**

| Class of Stock | Par Value Per Share Enter **0** if no Par | Total Authorized by Articles of Organization or Amendments | | Total Issued and Outstanding |
|---|---|---|---|---|
| | | *Num of Shares* | *Total Par Value* | *Num of Shares* |
| CWP | $0.01000 | 1,000 | $10.00 | 500 |

**9. Check here if the stock of the corporation is publicly traded:** __

**10. Report is filed for fiscal year ending:** 12/31/ 2011

**Signed by   MICHAEL K. BARRON , its   OTHER OFFICER
on this 16 Day of February, 2012**

© 2001 - 2012 Commonwealth of Massachusetts
All Rights Reserved

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am a citizen of the United States, over 18 years of age and am not a party to the within action. My business address is 1055 W. 7th Street, Suite 3200, Los Angeles, CA 90017, which is located in the County of Los Angeles where the service took place. My electronic service address is: bsamuels@sandersroberts.com.

On May 20, 2021 I served the foregoing document(s) described as:

**DECLARATION OF MELVEEN STEVENSON IN SUPPORT OF DEFENDANT'S NOTICE TO FEDERAL COURT OF REMOVAL**

on all interested parties in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as stated in the attached service list:

☐ **VIA MAIL** I am readily familiar with this office's practice for collection and processing of correspondence for mailing with the U.S. Postal Service. Per that practice the within correspondence will be deposited with the U.S. Postal Service on the same day shown on this affidavit in a sealed envelope with postage fully prepaid in the ordinary course of business.

☐ **VIA FACSIMILE** I caused such document to be transmitted via facsimile to the addressee(s) from the facsimile machine of Sanders Roberts LLP whose fax number is **(213) 234-4581**. No error was reported by the machine and pursuant to Rule 2008(e)(3), I caused the machine to print a record of the transmission.

☒ **VIA ELECTRONIC MAIL** I caused the documents to be transmitted by electronic mail to the party(s) identified on the attached service list using the e-mail address(es) shown. I did not receive, within a reasonable time after transmission, any electronic message or other indication that the transmission(s) were unsuccessful.

☐ **VIA ELECTRONIC SERVICE** I caused the documents to be transmitted electronically through the approved vendor for e-filing by electronic service on the party(s) identified on the attached service list using the e-mail address(es) shown  I did not receive, within a reasonable time after transmission, any email or other indication that the transmission(s) were unsuccessful.

☐ **VIA OVERNIGHT DELIVERY (FEDERAL EXPRESS)** I caused the attached document(s) to be delivered via overnight delivery to the recipients shown on the attached service list.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 20, 2021, at Los Angeles, California.

*/s/ Brittney Samuels*
Brittney Samuels

**SERVICE LIST**
*Iniguez v. Wayfair, LLC*
RSC – Case No.: CVRI2101374

| | |
|---|---|
| Andrew J. Malatesta, Esq.<br>MALATESTA LAW<br>16501 Ventura Blvd., Suite 400<br>Encino, CA 91436<br>Tel.: (424) 284-1384<br>Fax: (424) 284-8170<br>AJM@Malatesta-Law.com | **Attorneys for Plaintiffs**<br>Mayra Iniguez |