Melvin L. Felton (SBN 276047)
mfelton@sandersroberts.com
Ricardo Reyes (SBN 329957)
rreyes@sandersroberts.com
Cindy Kaoud (SBN 322640)
ckaoud@sandersroberts.com
**SANDERS ROBERTS LLP**
1055 West 7th Street, Suite 3200
Los Angeles, CA 90017
Telephone: (213) 426-5000
Facsimile:  (213) 234-4581

Attorneys for DEFENDANT
**WAYFAIR, LLC**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MAYRA INIGUEZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WAYFAIR, LLC, a Corporation and DOES 1-25, inclusive<br><br>Defendant. | **CASE NO.  5:21-cv-00880 MWF (SPx)**<br><br>**[PROPOSED] JUDGMENT GRANTING DEFENDANT WAYFAIR, LLC'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date: June 27, 2022<br>Time: 10:00 a.m.<br>Courtroom: 5A<br><br>Complaint Filed: March 15, 2021<br>Trial Date: October 4, 2022 |



### [PROPOSED] JUDGMENT

Defendant Wayfair, LLC's ("Defendant") Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment, came on for hearing before this Court on June 27, 2022, at 10:00 a.m. After full consideration of the matter, this Court finds as follows:

1. Defendant's Motion for Summary Judgment is GRANTED.

2. The Clerk of the Court shall enter judgment for Defendant on each of Plaintiff's claims.

**IT IS SO ORDERED.**

Date: _____    _____
                                    Honorable Michael W. Fitzgerald
                                    JUDGE OF THE FEDERAL COURT

[PROPOSED] JUDGMENT GRANTING DEFENDANT WAYFAIR, LLC'S MOTION FOR SUMMARY JUDGMENT