1

2

3

4

**MALATESTA LAW**
Andrew J. Malatesta, State Bar No. 286344
16501 Ventura Blvd., Suite 400
Encino, California 91436
Telephone: (424) 284-1384
Facsimile: (424) 284-8170
AJM@Malatesta-Law.com

5

6

7

8

9

10

11

**SHEGERIAN & ASSOCIATES, INC.**
Carney R. Shegerian, Esq., State Bar No. 150461
CShegerian@Shegerianlaw.com
Anthony Nguyen, Esq., State Bar No. 259154
ANguyen@Shegerianlaw.com
Bryan Kirsh, Esq., State Bar No. 318238
BKirsh@Shegerianlaw.com
SHEGERIAN & ASSOCIATES, INC.
11520 SAN Vicente Boulevard
Los Angeles, California 90049
Telephone Number:      (310) 860 0770
Facsimile Number:      (310) 860 0771

12

Attorneys for Plaintiff,
MAYRA INIGUEZ

13

14

15

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

16

17

18

19

20

21

22

| | |
|---|---|
| MAYRA INIGUEZ, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>WAYFAIR, LLC., a corporation; and DOES 1 through 25, inclusive,<br><br>    Defendants. | Case No.:  5:21-cv-00880-MWF (SPx)<br><br>**The Honorable Michael W. Fitzgerald**<br><br>**JOINT STIPULATION TO SET A TRIAL DATE**<br><br>(Filed concurrently with [Proposed] Order)<br><br>Courtroom 5A<br><br>Trial Date:    None Set<br>Action Filed:  March 15. 2021 |

23

24

25

26

27

28

DECLARATION OF BRYAN KIRSH

**TO THE HONORABLE MICHAEL W. FITZGERALD:**

Plaintiff, MAYRA INIGUEZ ("Plaintiff"), and Defendant, WAYFAIR, LLC ("Defendant"), (collectively, the "Parties"), hereby stipulate, by and through their counsel of record, as follows:

WHEREAS, Plaintiff filed the instant action on March 15, 2021;

WHEREAS, this Court initially scheduled trial to begin on October 4, 2022;

WHEREAS, on August 1, 2022, the Court issued an order vacating the pretrial dates and the October 4, 2022 trial date and "direct[ing] counsel to confer regarding a new trial date…."

WHEREAS, the Parties submitted dates when they would be available to begin trial.

WHEREAS, as of the date this joint stipulation has been executed, the Court has not set a new trial date.

WHEREAS, the Parties recently met and conferred regarding mutually agreeable dates to begin trial.

**NOW**, **THEREFORE**, the Parties, through their respective counsel of record, AGREE AND HEREBY STIPULATE AND REQUEST as follows:

That a trial be scheduled to begin on March 18, 2024, or the soonest date thereafter, convenient for the Court.

///
///
///
///
///
///
///
///
///
///

Dated:  June 1, 2023                SHEGERIAN & ASSOCIATES, INC.


By:  /s/ Bryan Kirsh, Esq.
     Bryan Kirsh, Esq.

     Attorneys for Plaintiff,
     MAYRA INIGUEZ

Dated:  June 1, 2023                SANDERS ROBERTS


By:  /s/ Melvin Felton, Esq.
     Melvin Felton, Esq.

     Attorneys for Plaintiff,
     WAYFAIR, LLC

JOINT STIPULATION TO SET A TRIAL DATE

**INIGUEZ v. WAYFAIR, LLC, et al,**        **CASE NO.:  5:21-cv-00880-MWF-SP**

## PROOF OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am an employee in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 11520 San Vicente Boulevard, Los Angeles, California 90049.

On June 12, 2023, I served the foregoing document, described as **"JOINT STIPULATION TO SET A TRIAL DATE"** on all interested parties in this action by placing a true copy thereof in a sealed envelope, addressed as follows:

| | |
|---|---|
| **Melvin L. Felton, Esq.** | **Andrew J. Malatesta, Esq.** |
| **mfelton@sandersroberts.com** | **AJM@Malatesta-Law.com** |
| **Ricardo Reyes, Esq.** | **MALATESTA LAW** |
| **rreyes@sandersroberts.com** | **16501 Ventura Blvd., Suite 400** |
| **Cindy Kaoud, Esq.** | **Encino, California 91436** |
| **ckaoud@sandersroberts.com** | |
| **SANDERS ROBERTS LLP 1055** | |
| **West 7th Street, Suite 3200** | |
| **Los Angeles. CA 90017** | |

☒    **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

☒    **(FEDERAL)**  I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 12, 2023, at Los Angeles, California.

_Delmy Garcia_
Delmy Garcia