1  Andrew J. Malatesta, State Bar No. 286344
   AJM@Malatesta-Law.com
2  **MALATESTA LAW**
   16501 Ventura Blvd., Suite 400
3  Encino, California 91436
   Telephone: (424) 284-1384
4  Facsimile: (424) 284-8170

5  Carney R. Shegerian, Esq., State Bar No. 150461
   CShegerian@Shegerianlaw.com
6  Mahru Madjidi, Esq. State Bar No. 297906
   MMadjidi@Shegerianlaw.com
7  Bryan Kirsh, Esq., State Bar No. 318238
   BKirsh@Shegerianlaw.com
8  SHEGERIAN & ASSOCIATES, INC.
   11520 SAN Vicente Boulevard
9  Los Angeles, California 90049
   Telephone Number:      (310) 860 0770
10 Facsimile Number:      (310) 860 0771

11 Attorneys for Plaintiff,
   MAYRA INIGUEZ

12
   Melvin L. Felton, Esq., State Bar No. 276047
13 mfelton@sandersroberts.com
   Navdeep Singh, Esq. State Bar No. 284486
14 **SANDERS ROBERTS LLP**
   1055 West 7th Street, Suite 3200
15 LOS ANGELES, CA 90017

16 ATTORNEYS FOR DEFENDANT
   WAYFAIR, LLC
17

18             **UNITED STATES DISTRICT COURT**

19   **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

20 MAYRA INIGUEZ, an individual,            Case No.:  5:21-cv-00880-MWF (SPx)

21      Plaintiff,                          **The Honorable Michael W. Fitzgerald**

22 vs.                                      **AMENDED JOINT WITNESS LIST**

23 WAYFAIR, LLC, a corporation; and
   DOES 1 through 25, inclusive,
24

25      Defendants.                         Trial:  None Set
                                            Time:  None Set
26                                          Ctrm.:  5A

27                                          Action Filed:  March 15. 2021

28

---

1    The parties submit the following Witness List to be used at trial set to begin on a date

2    to be determined by the Court, before the Honorable Michael W. Fitzgerald, in Courtroom

3    5A of the Central District of California, Western Division.

4

5

6    Dated:  April 23, 2024                SHEGERIAN & ASSOCIATES, INC.

7

8                                          By:  /s/ Bryan Kirsh, Esq.
                                                Bryan Kirsh, Esq.
9
                                                Attorneys for Plaintiff,
10                                               MAYRA INIGUEZ

11

12
    Dated:  April 23, 2024                SANDERS ROBERTS LLP
13

14
                                          By:  /s/ Melvin L. Felton, Esq.
15                                              Melvin L. Felton, Esq.

16                                              Attorneys for Defendant,
                                                WAYFAIR, LLC
17

18

19

20

21

22

23

24

25

26

27

28

AMENDED JOINT WITNESS LIST

# JOINT WITNESS LIST

| Witness Name | Brief ID/Description of Testimony | Ptff's Exam (Hours) | Defense Exam. (Hours) | Total |
|---|---|---|---|---|
| 1. **Amin, MD, Jatin** | Plaintiff's medical doctor with knowledge of Plaintiff's disabilities and emotional distress. | 0.75 | 0.5 | 1.25 |
| 2. **Ashraf, MD, Hadia** | Plaintiff's medical provider who provided a medical note verifying Plaintiff's need for medical leave and has knowledge of Plaintiff's disabilities and emotional distress. | 1.75 | 0.5 | 2.25 |
| 3. **Barrett, Connie*** | Defendant's Inventory Control Associate who had interactions with Plaintiff during her employment. | 0.4 | 0.4 | 0.8 |
| 4. **Cabrera, Raquel*** | Defendant's Inventory Control Associate who had interactions with Plaintiff during her employment. | 0.4 | 0.4 | 0.8 |
| 5. **Castaneda, Adrian*** | Defendant's Inventory Control Associate who had interactions with Plaintiff during her employment. | 0.4 | 0.4 | 0.8 |
| 6. **Churukian, MD, Allan** | Plaintiff's medical doctor during an emergency room visit on May 20, 2019 and has knowledge of Plaintiff's disabilities and emotional distress. | 0.8 | 0.4 | 1.2 |
| 7. **Del Valle, Helena** | Defendant's talent management employee who has knowledge regarding Plaintiff's leave of absence and accommodations, and Plaintiff's termination. | 1.0 | 2.0 | 3.0 |
| 8. **Dove, Levell** | Defendant's Inventory Control Shift Lead who had interactions with Plaintiff during her employment. | 1.0 | 0.5 | 1.5 |
| 9. **Elfelt, MD, Timothy** | Plaintiff's medical doctor and has knowledge of Plaintiff's disabilities and emotional | 0.75 | 0.5 | 1.25 |

| Witness Name | Brief ID/Description of Testimony | Ptff's Exam (Hours) | Defense Exam. (Hours) | Total |
|---|---|---|---|---|
| | distress. | | | |
| 10. **Etesami, NP, Michelle** | Plaintiff's nurse practitioner and has knowledge of Plaintiff's disabilities and emotional distress. | 1.5 | 0.5 | 2 |
| 11. **Flores, Laura** | Defendant's talent management employee who has knowledge regarding Plaintiff's leave of absence and accommodations, and Plaintiff's termination. | 1.5 | 1.5 | 3.0 |
| 12. **Gutierrez, MD, Rolando*** | Plaintiff's medical doctor and has knowledge of Plaintiff's disabilities and emotional distress. | 0.4 | 0.4 | 0.8 |
| 13. **Halland, Alexandra** | Defendant's Manager of Talent Management who has knowledge regarding Plaintiff's leave of absence and accommodations, and Plaintiff's termination. Per Defendant, has knowledge of Plaintiff's eligibility for protected leaves of absence; accommodation request(s); the reasonableness of such requests; and the circumstances surrounding Plaintiff's termination. | 2.5 | 2.0 | 4.5 |
| 14. **Iniguez, Andre** | Plaintiff's husband. | 0.4 | 0.5 | 0.9 |
| 15. **Iniguez, Mayra** | Plaintiff | 4.0 | 4.0 | 8.0 |
| 16. **Iniguez, Patrice** | Plaintiff's mother-in-law | 0.4 | 1.0 | 1.4 |
| 17. **Lebo, DO, Debro** | Plaintiff's OB/GYN medical doctor and has knowledge of Plaintiff's disabilities and emotional distress. | 1.5 | 0.4 | 1.9 |
| 18. **Llamas, Milton*** | Defendant's Inventory Control Senior Manager. | 0.8 | 0.5 | 1.3 |

AMENDED JOINT WITNESS LIST

| Witness Name | Brief ID/Description of Testimony | Ptff's Exam (Hours) | Defense Exam. (Hours) | Total |
|---|---|---|---|---|
| 19. **Mandujano Ramirez, Maria** | Defendant's Inventory Control Supervisor who supervised Plaintiff and has knowledge regarding Plaintiff's leave of absence and accommodations, and Plaintiff's termination. Per Defendant, has knowledge of Plaintiff's eligibility under the FEHA and prospective hardship related to Plaintiff's requested accommodation(s). | 3.0 | 3.0 | 6.0 |
| 20. **Martinez, Javier** | Defendant's 3rd Shift Bulk Supervisor and Plaintiff's former supervisor. | 1.8 | 2.0 | 3.8 |
| 21. **McDole, Michael** | Defendant's Site Director and believed to have knowledge regarding Plaintiff's leave of absence and accommodations, and Plaintiff's termination. | 2.8 | 0.5 | 3.3 |
| 22. **Murillo, Monica** | Defendant's talent management employee who had interactions with Plaintiff during her employment. | 1.0 | 0.5 | 1.5 |
| 23. **Ni, Steven** | Defendant's talent management manager and has knowledge regarding Plaintiff's leave of absence and accommodations, and the circumstances surrounding Plaintiff's termination. Per Defendant, also has knowledge of Plaintiff's personnel file, the fundamental requirements and responsibilities of a Warehouse Lead (the position Plaintiff was hired for); the various warnings and disciplinary measures that were issued to Plaintiff | 2.8 | 3.0 | 5.8 |
| 24. **Oshodi, MD, Ganiyu** | Plaintiff's medical provider regarding her heart and vascular system and has knowledge of Plaintiff's disabilities and emotional distress. | 1.75 | 0.5 | 2.25 |

| Witness Name | Brief ID/Description of Testimony | Ptff's Exam (Hours) | Defense Exam. (Hours) | Total |
|---|---|---|---|---|
| 25. **Robles, Karina*** | Defendant's Inventory Control Associate who had interactions with Plaintiff during her employment. | 0.4 | 0.4 | 0.8 |
| 26. **Pineda, Maria*** | Defendant's Inventory Control Associate who had interactions with Plaintiff during her employment. | 0.4 | 0.4 | 0.8 |
| 27. **Pho, Stephen** | Defendant's Talent Management Senior Associate who has knowledge regarding Plaintiff's leave of absence and accommodations, and Plaintiff's termination. Per Defendant, Pho is Defendant's former Human Resources Generalist with knowledge of Plaintiff's eligibility for protected leaves of absence; accommodation request(s); the reasonableness of such requests; and circumstances surrounding Plaintiff's termination. | 2.9 | 3.0 | 5.9 |
| 28. **Sandoval, Maria*** | Defendant's Inventory Control Shift Lead who had interactions with Plaintiff during her employment. | 0.4 | 0.5 | 0.9 |
| 29. **Vaughn, Harry** | Defendant's Inventory Control Manager who has knowledge regarding Plaintiff's leave of absence and accommodations, and Plaintiff's termination. Per Defendant, also has knowledge of Plaintiff's eligibility under the FEHA and prospective hardship related to Plaintiff's requested accommodation(s). | 2.0 | 2.0 | 4.0 |
| 30. **Willis, Anthony*** | Defendant's Inventory Control Associate who had interactions with Plaintiff during her employment. | 0.4 | 0.4 | 0.8 |
| **TOTAL** | | **39.9** | **32.6** | **72.5** |

-4-

AMENDED JOINT WITNESS LIST

1    The above-captioned Parties submit the above Witness List without prejudice to their

2    respective rights to call another Party's listed witnesses, impeachment witnesses, and

3    rebuttal witnesses. Defendants also reserve the right to equal time notwithstanding the

4    estimates.

5

6    Dated:  April 23, 2024                    SHEGERIAN & ASSOCIATES, INC.

7

8                                        By:  */s/ Bryan Kirsh, Esq.*
                                              Bryan Kirsh, Esq.
9
                                              Attorneys for Plaintiff,
10                                            MAYRA INIGUEZ

11

12
     Dated:  April 23, 2024                    SANDERS ROBERTS LLP
13

14
                                         By:  */s/ Melvin L. Felton, Esq.*
15                                            Melvin L. Felton, Esq.

16                                            Attorneys for Defendant,
                                              WAYFAIR, LLC
17

18

19

20

21

22

23

24

25

26

27

28

| | |
|---|---|
| 1 | **INIGUEZ v. WAYFAIR, LLC**    **CASE NO.: 5:21-cv-00880-MWF (SPx)** |

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF RIVERSIDE**

I am an employee in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 3764 Elizabeth Street, Riverside, California 92506.

On April 23, 2024, I served the foregoing document, described as **"AMENDED JOINT WITNESS LIST"** on all interested parties in this action as follows:

**Melvin L. Felton, Esq.**
**mfelton@sandersroberts.com**
**Navdeep Singh, Esq.**
**nsingh@sandersroberts.com**
**SANDERS ROBERTS LLP**
**1055 West 7th Street, Suite 3200**
**LOS ANGELES, CA 90017**
**bsamuels@sandersroberts.com**

☒    **BY CM/ECF NOTICE OF ELECTRONIC FILING** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

☒    **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare, under penalty of perjury under the laws of the United States of America, that the above is true and correct.

Executed on April 23, 2024, at Los Angeles, California.

_____
Delmy Garcia