UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.   5:21–cv–00880–MWF–SP          Date       March 16, 2026

Title       MAYRA INIGUEZ V. WAYFAIR, LLC ET AL

PRESENT:  THE HONORABLE  MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

Rita Sanchez                                    Not Reported;
Courtroom Deputy                             Court Reporter

Attorney(s) Present for Plaintiff(s):    Attorney(s) Present for Defendant(s):
None Present                                   None Present

**PROCEEDINGS (IN CHAMBERS):  COURT ORDER**

In light of the Notice of Settlement filed 3/12/2026 (by email), the Court sets a hearing on Order To Show Cause Re Dismissal for April 27, 2026 at 11:30 AM. If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. All other hearings and deadlines are hereby vacated.

**IT IS SO ORDERED.**

Initials of Clerk:  rs